JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, | NO. CV 11-0680 CJC (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| L. ROWE, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 28, 2011.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE